GOULD, appellant, v. VILLAGE OF PHŒNIX.

*Debtor and creditor — payment of another's debt without his request or recognition — Privity of contract.*

The plaintiff being president of a village, and acting in its behalf, employed M. to do certain work on the highway, for which the village was liable to pay. M. sued the plaintiff for the work done, and a judgment by default being obtained against the plaintiff he paid it and brought his action against the village to recover back the amount. *Held,* that there was no privity of contract between the plaintiff and the village, and that the payment made to M. by the plaintiff, not having been made at the request of the village, or subsequently recognized by it, gave the plaintiff no right of action against the village. No one can make himself creditor of another by paying his debt without his request, or subsequent recognition of the act. *Stokes* v. *Lewis,* 1 T. R. 20; *Taylor* v. *Baldwin,* 10 Barb. 626; *Ingraham* v. *Gilbert,* 20 id. 151.

APPEAL from a judgment of the county court of Oswego county, reversing a judgment rendered in a justice's court in favor of the plaintiff. The facts are sufficiently stated in the head-note.

*C. W. Avery,* for appellant.

*S. C. Huntington,* for respondent.

GILBERT, J., delivered the opinion of the court.

*Judgment affirmed.*